IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOCKS BAYSIDE, LLC, DBA HARBOR GRILLE AT LAKESIDE,<br><br>Defendant. | CV 25-81-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 16th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge